UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| IN THE MATTER OF: | : | CASE NO. 18-1587-lmj13 |
|---|---|---|
| LATOJA A. SCHABEN, | : | CHAPTER 13 |
| | : | TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN |
| DEBTOR. | : | |

COMES NOW the Chapter 13 Trustee, by and through her attorney, and for her Objection to Chapter 13 Plan states the following to the Court:

1. On July 16, 2018, the debtor filed her Chapter 13 Plan. Her plan requires monthly payments to the trustee in the sum of $1,215 for a term of 60 months. Her plan indicates that she will retain any income tax refunds during the term of the plan. After payment of secured and priority claims, the plan provides that unsecured creditors shall receive 100% of the amount of their claims.

2. Objections to the debtor's pending Chapter 13 Plan are due by September 18, 2018.

3. The debtor was unable to attend her 341 meeting of creditors scheduled for August 28, 2018. Accordingly, the meeting has been continued to September 25, 2018. Pending examination of the debtor at a continued meeting of creditors, the trustee cannot recommend confirmation of the plan.

WHEREFORE, the Chapter 13 Trustee respectfully objects to the debtor's Chapter 13 Plan and requests that confirmation be denied and for such other and further relief as is just and equitable in the premises.

Respectfully submitted,

*Elizabeth Goodman*
Elizabeth E. Goodman #AT0002996
Attorney for Ch. 13 Trustee
505 5th Avenue, Suite 520
Des Moines, IA 50309
(515) 283-2713

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN was served upon the following parties at the addresses shown below by enclosing the same in an envelope addressed to each such person, with postage full paid and by depositing said envelope in the United States Post Office depository in Des Moines, Iowa, on the ___14th___ day of September, 2018.

/s/ Traci Sharp

Latoja Schaben
2957 Northwestern
Ames, IA 50010

Notice will be electronically mailed by the Clerk of Court to:

Samuel Z. Marks @ sam@markslawdm.com

Office of U.S. Trustee @ USTPRegion12.DM.ECF@usdoj.gov